No. 103. ESTATE OF SCHROEDER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. On consideration of the motion of the petitioners for a clarification of the order of October 10, *ante,* p. 801, the order is amended to read as follows: *"Per Curiam:* The petition for writ of certiorari is granted. The judgment of the Court of Appeals is vacated and the case is remanded to that court for further consideration in the light of T. D. 5741, 14 Fed. Reg. 5536; the Technical Changes Act of October 25, 1949, 63 Stat. 891; and *Commissioner* v. *Estate of Church,* 335 U. S. 632, and *Estate of Spiegel* v. *Commissioner,* 335 U. S. 701." MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 201, Misc. HULL *v.* FRISBIE, WARDEN;
No. 212, Misc. MACKENNA *v.* SNYDER, WARDEN;
No. 213, Misc. LANCOUR *v.* MICHIGAN;
No. 214, Misc. HEICHT *v.* MARYLAND; and
No. 215, Misc. CRUSE *v.* RAGEN, WARDEN. The motions for leave to file petitions for writs of habeas corpus in these cases are severally denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications.

No. 188, Misc. IN RE BUERGER. The application is denied. MR. JUSTICE DOUGLAS and MR. JUSTICE JACKSON took no part in the consideration or decision of this application.

*Certiorari Granted.*

No. 293. UNITED STATES *v.* RABINOWITZ. C. A. 2d Cir. Certiorari granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Solicitor General Perlman* for the United States. ■